IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

No. 16-3696
_____

CHEVRON MINING, INC.,

Petitioner,

v.

HELEN FAYE FORD (widow of Jerry W. Ford),

and

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR

Respondents.
_____

On Petition for Review of an Order of the Benefits
Review Board, United States Department of Labor
_____

FEDERAL RESPONDENT'S UNOPPOSED MOTION TO HOLD
APPEAL IN ABEYANCE AND TO STAY THE BRIEFING SCHEDULE

For the following reasons, the Director, Office of Workers' Compensation Programs, United States Department of Labor, respectfully requests that the Court hold this appeal in abeyance and stay the briefing schedule pending a final agency decision in *Jerry W. Ford v. Pittsburg and Midway Coal Mining Co.*, OALJ Case No. 2012-BLA-05404, which involves the black lung claim of respondent's Ford's husband. The agency

decision in his case may render the instant appeal moot. Counsels for Respondent Ford and Petitioner Chevron Mining, Inc. have consented to this motion.

    1. Chevron petitioned this Court for review of a Benefits Review Board decision affirming an administrative law judge's award of federal black lung benefits to Helen Faye Ford, the widow of Jerry W. Ford.[1] The ALJ and Review Board's decisions were based on 30 U.S.C. § 932(l), which provides for automatic entitlement for certain survivors of miners who are determined to be eligible to receive federal black lung benefits.[2] *See Vision Processing, LLC v. Groves*, 705 F.3d 551 (6th Cir. 2013).

    2. Mr. Ford (the miner) filed his current claim for black lung benefits in May 2011. His claim was approved and in pay status when he died in 2012 (thus providing the basis for the widow's automatic entitlement). Chevron has contested his award and its challenge is pending before an ALJ.

    2. Because the widow is automatically entitled to survivor's benefits pursuant to Section 932(l), the decision-making on the widow's claim outpaced the miner's – the ALJ granted summary judgment for the widow on May 27, 2015 (OALJ Case No. 2012-BLA-05937) before decided the miner's claim. This has resulted in the present anomaly of the widow's

---

[1] Chevron's opening brief is due December 1, 2016. Response briefs are due January 3, 2017.

[2] The Black Lung Disability Trust Fund is currently paying monthly interim benefits on behalf of Chevron to Mrs. Ford. 20 C.F.R. § 725.522.

claim residing before a higher tribunal than the miner's claim on which it is based.

    3. To avoid this problem, it is sound practice to have the widow's claim and the underlying miner's claim decided at the same time by the same factfinder or tribunal. However, because the Review Board has already reached a final decision on the widow's claim, the Director believes Chevron's appeal should be held in abeyance, pending a final agency decision on the miner's claim. If the agency awards Mr. Ford's claim, Chevron can either accept that decision, making the instant appeal moot, or it can appeal to this Court, which may then decide the two claims together, fostering judicial economy. (The same scenarios and choices would apply to the widow if the agency *denies* the miner black lung benefits.) On the other hand, if the agency denies the miner's claim, the widow's automatic entitlement will cease, again mooting the instant appeal. [3]

---

[3] The procedural anomaly here is also present in *Sextet Mining Corp. v. Ashby*, No. 16-3740. On November 2, 2016, the Court granted the Director's motion to hold briefing in abeyance.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

MAIA S. FISHER
Associate Solicitor

GARY K. STEARMAN
Counsel for Appellate Litigation

/s/ Kathleen H. Kim
KATHLEEN H. KIM
Attorney, U.S. Department of Labor, Office of the Solicitor, Suite N-2119
200 Constitution Avenue, N.W.
Washington, D.C. 20210
(202) 693-5326
BLLS-SOL@dol.gov
kim.kathleen@dol.gov
 Attorneys for the Director, Office of Workers' Compensation Programs

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, copies of the foregoing Motion to Hold Appeal in Abeyance and to Stay the Briefing Schedule were served electronically using the Court's CM/ECF system on the Court and the following:

Austin P. Vowels, Esq.
Morton Law LLC
126 North Main Street
P.O. Box 883
Henderson, KY  42419-0883

Brent Yonts, Esq.
Law Office
P.O. Box 370
Greenville, KY  42345

/s/ Kathleen H. Kim
KATHLEEN H. KIM
Attorney
U.S. Department of Labor
BLLS-SOL@dol.gov
kim.kathleen@dol.gov